**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| JOHN D. BLAHARSKI, | : Case No. 24-1-6840-LSS |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**TRUSTEE'S OBJECTION TO DEBTOR'S**
**CHAPTER 13 PLAN FILED AUGUST 14, 2024**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtor's Chapter 13 plan filed on August 14, 2024 (the "Plan"). In support of his opposition, the Trustee respectfully represents the following:

1. The Debtor commenced this case under Chapter 13 on August 13, 2024. The Plan proposes to pay $1,575.00 monthly for 60 months for a gross funding of $94,500.00.

2. The Debtor's Form 122C reflects that the Debtor has excess monthly income of $1,833.33. The Plan fails to provide that all of the Debtor's projected disposable income will be applied to make payments to unsecured creditors under the Plan. The Plan does not satisfy the requirements of section 1325(b)(1)(B) of the Bankruptcy Code.

3. The Debtor has non-exempt equity of at least $72,970.00 in real property. The Plan does not satisfy the requirements of section 1325(a)(4) of the Bankruptcy Code.

4. The Debtor has not adequately proved ownership and the market value of scheduled real property. The Plan does not satisfy the requirements of section 1325(a)(4) of the Bankruptcy Code.

- 2 -

5. The Plan fails to provide that all of the Debtor's projected disposable income reflected on schedule J will be applied to make payments to the unsecured creditors under the Plan.

6. Accordingly, the Plan should not be confirmed.

**PLEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED <u>AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING</u>*. AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS. THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING. THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

                Respectfully submitted,

October 11, 2024                         /s/ Timothy P. Branigan
                                          Timothy P. Branigan (Fed. Bar No. 06295)
                                          Chapter 13 Trustee
                                          9891 Broken Land Parkway, #301
                                          Columbia, Maryland 21046
                                          (410) 290-9120

## Certificate of Service

      I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Tommy Andrews, Jr., Esq.

I caused a copy of the pleading above to be sent on October 11, 2024 by first-class U.S. mail, postage prepaid to:

John D. Blaharski
616 Cedar Blvd
Accokeek, MD  20607-2104

                                          /s/ Timothy P. Branigan
                                          Timothy P. Branigan (Fed. Bar No. 06295)